UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **JOHN ANTHONY, III**, | : | VIOLATION: 18 U.S.C. §2252A(5)(B) |
| **Defendant.** | : | and §2256(8)(A) |
| | : | (Possessing Material Constituting or |
| | : | Containing Child Pornography) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about October 12, 2007, within the District of Columbia, the defendant, **JOHN ANTHONY, III**, did unlawfully and knowingly possess child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported in interstate commerce, by any means, including by computer.

(**Possessing Material Constituting or Containing Child Pornography,** in violation of Title 18, United States Code, Sections 2252A(5)(B) and 2256(8)(A))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia