UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-81 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN ANTHONY, III** | : | |
| | : | |

**NOTICE OF ASSIGNMENT AND APPEARANCE**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Catherine K. Connelly at telephone number (202)616-3384 and/or email address: Catherine.Connelly2@usdoj.gov.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____//s//_____
Catherine K. Connelly
Assistant United States Attorney
Federal Major Crimes Section
Mass. Bar No. 649430
555 4th Street, N.W.  #4844
Washington, DC 20001
(202)616-3384; Fax: 353-9414