# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 08-081 | MAGIS. NO: |
|---|---|---|
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| JOHN ANTHONY, III | John Anthony, III | |

**FILED MAY 23 2008**

| DOB: | PDID: | | |
|---|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

POSSESSING MATERIAL CONSTITUTING OR CONTAINING CHILD PORNOGRAPHY

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
18:2252A(5)(B) and 2256(8)(A)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED: 3/27/08 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 3/27/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 5/23/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 5/23/08 | Young G. Susm | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |

1116999