IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff;** ) | |
| ) | |
| v. ) | Cr. Case No.  08-0081 (ESH) |
| ) | |
| **JOHN ANTHONY III,** ) | |
| ) | |
| **Defendant.** ) | |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

                  Respectfully submitted,

                  A.J. KRAMER
                  FEDERAL PUBLIC DEFENDER


                  /s/
                  Carlos J. Vanegas
                  Assistant Federal Public Defender
                  625 Indiana Avenue, N.W., Suite 550
                  Washington, D.C.  20004
                  (202) 208-7500