UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  08-81 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JOHN ANTHONY, III | : | |
| | : | |

GOVERNMENT'S MOTION SEEKING AN ENLARGEMENT OF TIME
WITHIN WHICH TO PRESENT TESTIMONY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to enlarge the time for the government to present testimony in support of its opposition to defendant's motion to suppress.  In support of this motion, the government submits the following:

The defendant has been charged in a one count indictment with Possessing Material Constituting or Containing Child Pornography, in violation of 18 U.S.C. § 2252A.

1.  A motions hearing in this matter is set for August 28, 2008.[1]  At that hearing, the Court has indicated that it will address the following motions: the government's motion to admit evidence pursuant to Federal Rules of Evidence 404(b) and 414; and the defendant's motion to suppress physical evidence and statements.  The defendant's motion to suppress evidence and statements alleges that 1) law enforcement didn't receive consent to conduct a search of the defendant's computer; 2) the affidavit in support of the search warrant did not establish probable cause for a search of the defendant's computer; 3) the good faith exception of United States v. Leon does not apply, and 4) any and all statements made by the defendant were made involuntarily and taken in violation of Miranda.

---

[1]  The parties are still attempting to resolve this matter short of trial, and the defendant may, in fact, be prepared to enter into a plea on August 28, 2008.

2. At the August 28, 2008 hearing, the government anticipates calling three to four witnesses. On August 25, 2008, the government learned that an essential law enforcement witness, Investigator John Marsh, will be out of the jurisdiction on August 28, 2008, as he will be traveling to the west coast for a wedding.

3. Investigator Marsh is an essential witness regarding one contested issue; namely whether or not the police received consent to conduct the initial search of the defendant's computer.

4. The remaining issues raised in the defendant's motion to suppress can be resolved on August 28, 2008, through the testimony of other government witnesses and oral argument. As such, the Court can resolve these issues at the conclusion of the hearing, and reserve ruling on the consent to search issue until Investigator Marsh returns to the jurisdiction and testifies before the Court.

5. Trial in this matter is set for September 12, 2008. Permitting Investigator Marsh to testify after September 2, 2008, should not interfere with the trial date.

6. Defense counsel indicated that he is unable to take a position on this motion, as he would need to speak to his client before consenting to the motion, and the defendant is incarcerated. As such, defense counsel was unable to speak to the defendant regarding his position prior to the government's filing of this motion.

WHEREFORE, for the reasons stated above, the United States respectfully requests that this Honorable Court grant the government's motion to enlarge time for the government to present

testimony in support of its opposition to defendant's motion to suppress evidence and statements.

                                  Respectfully submitted,

                                  JEFFREY A. TAYLOR
                                  United States Attorney

                                  *Catherine K. Connelly*
                                  Catherine K. Connelly
                                  Assistant United States Attorney
                                  Mass.  Bar No. 649430
                                  555 4th Street, N.W.  #4844
                                  Washington, DC 20001
                                  202-616-3384

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-81 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **JOHN ANTHONY, III** | : | |
| | : | |

**ORDER**

Upon consideration of the Government's Motion Seeking an Enlargement of Time Within Which to Present Testimony, and the record herein, it is this _____ day of August, 2008, hereby

ORDERED, that the Government's Motion be Granted. The date for Investigator Marsh's testimony will be selected at the August 28, 2008 Motions Hearing.

_____
UNITED STATES DISTRICT JUDGE


copies to:

Catherine K. Connelly
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Carlos Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004