UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-81 (ESH) |
| v. | : | **FILED** |
| JOHN ANTHONY, III | : | AUG 2 8 2008 |
| | **ORDER** | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

Upon consideration of the Government's Motion Seeking an Enlargement of Time Within Which to Present Testimony, and the record herein, it is this 27 day of August, 2008, hereby

ORDERED, that the Government's Motion be Granted. The date for Investigator Marsh's testimony will be selected at the August 28, 2008 Motions Hearing.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Catherine K. Connelly
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Carlos Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004