FILED
SEP 2 2008
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-81 (ESH) |
| | : | |
| v. | : | |
| | : | |
| JOHN ANTHONY, III | : | |

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSE:

   A.   The essential elements of the offense of Possession of Material Involving Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5) and 2256 are:

      i.   That the Defendant knowingly received or possessed an item or items of child pornography, and

      ii.   That such item[s] of child pornography had been transported, shipped, or mailed in interstate or foreign commerce, including by computer.

   B.   Definitions:

      i.   The term *child pornography* means any visual depiction including any photograph, film, video, picture, or computer or computer generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct

1

IV.   FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

At the time of this offense, defendant John Anthony was on probation in Superior Court case (2006CF1002568) for attempted sexual abuse of a child. As part of his probation, he was required to undergo sex offender treatment (which often involves polygraph exams). In the fall of 2007, the defendant submitted to a polygraph test. The results were deemed "inconclusive" by the polygraph examiner. As such, Community Supervision Officer ("CSO") Pamela Spivey scheduled a conference with the defendant and CSO Spivey's supervisor, Supervisory Community Supervision Officer ("SCSO") Matthew Kiely. This conference was held on or about October 5, 2007. During this meeting, the defendant denied viewing any pornography, but admitted that he had access to a computer. On or about October 10, 2007, CSO Spivey met with the defendant without SCSO Kiely. Upon further inquiry, the defendant admitted that he had viewed child pornography on the computer at his mother's home.

On October 12, 2007, at approximately 6:30 p.m., members of the United States Attorney's Office Criminal Investigation Unit and the Metropolitan Police Department's Internet Crimes Against Children Unit executed a District of Columbia Superior Court search warrant at the defendant's home at _____ DC. After four attempts to gain entry to the apartment, investigators conducted a forced-entry. Upon entry, investigators encountered the defendant coming out of the rear bedroom with his hands in the air. Investigators recovered the computer, 12 CDs and several pieces of paper documenting passwords and user screen names. Investigator John Marsh asked the defendant about the users of the computer and he stated he had

3

a separate account under the name of J-Rock, which was password protected. The defendant refused to give investigators his user account password.

Detectives Timothy Palchack and Jonathan Andrews spoke to the defendant. The defendant admitted that he downloaded onto his home computer images of children engaged in sex acts. The defendant said that he could not remember the site he downloaded the images from, and he denied trading these images with anyone.

Investigator Marsh located the J-Rock user account within the computer's "D" Drive, which contained several items of evidence. The "shared" folder is a unique folder created by file sharing software Lime Wire within the J-Rock user account. The shared folder contained 11 images of suspected child pornography which were forwarded to the National Center for Missing and Exploited Children (NCMEC) where they were compared with NCMEC's Child Recognition & Identification System (CRIS) for analysis and review. One of the images, Brian3.jpg, was identified as a known victim of child sex abuse. The Brian3.jpg image depicts a nude male, approximately eleven years-old, being anally penetrated by an adult male. The other images depict nude preteen males displaying their genitals. The shared folder also contained a video of a hog-tied preteen boy being forced to provide oral sex to an adult male.

Investigator Marsh reviewed the "Lost Files" folder recovered by the Encase software as once-deleted files from the computer. Forensic analysis revealed that on October 10, 2007, the J-Rock user deleted 747 files from the computer. Furthermore, on October 12, 2007, between 1:27 pm and 5:31 pm, the J-Rock user deleted approximately 2955 files. These files include the child pornography images and video file described above, as well as additional images of naked preteens.

Anthony used a computer for the possession of the child pornography he possessed, and the

images had been mailed, shipped, or transported through interstate commerce. Furthermore, some of the images of child pornography possessed by Anthony involved prepubescent minors or minors who had not attained the age of 12 years, and some of the images portray sadistic and masochistic conduct.

## Limited Nature of Proffer

This proffer of evidence is not intended to constitute a complete statement of all facts known by John Anthony or the government, but is instead a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The facts either were provided by John Anthony or were otherwise known to the government. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for Anthony's plea of guilty.

    Respectfully submitted,

    JEFFREY TAYLOR
    United States Attorney

    Catherine K. Connelly
    Assistant United States Attorney
    Major Crimes Section, Mass. Bar No. 649430
    555 4th Street, N.W., # 4844
    Washington, DC 20530
    (202) 616-3384; Fax: 353-9414

## DEFENDANT'S ACCEPTANCE

    I have read the above proffer and have discussed it with my attorney, Carlos Vanegas, Esquire. I fully understand the proffer and agree to it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully. I am pleading guilty because I am in fact guilty of the offenses describe above.

Date: 9-2-08

                                                           John Anthony
                                                           Defendant